**Exhibit A to the Complaint**

**Location:** Pleasanton, CA  
**Total Works Infringed:** 38  
**IP Address:** 67.169.133.160  
**ISP:** Comcast Cable

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 02639B130583FF6164422EB36273B3638580412C | 04/12/2019 04:24:18 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 2 | 02F32E726C66C310E78A2CA5C8B4F3B9D23E80A7 | 03/14/2018 02:35:28 | Tushy | 02/15/2018 | 03/02/2018 | PA0002104881 |
| 3 | 050E2A27BF2DB1A4F8D4493984F267108B7394BB | 05/12/2018 04:28:22 | Blacked Raw | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 4 | 097F3D08B5C5DDCC34B253B94F3F3E7D04E93E77 | 02/15/2018 05:25:37 | Blacked | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 5 | 0B0A1D1F0BE390E4F1E6C030C8BAF8A892BBED98 | 07/19/2018 13:53:27 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 6 | 1543195513D6F5E2A831A19EB53B0EB44D9F1657 | 04/28/2018 06:26:37 | Vixen | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 7 | 1BA06FF511877DFA75B32024B4506A7C9BEB8D9C | 05/24/2019 03:47:42 | Tushy | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 8 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | 03/30/2019 03:15:45 | Vixen | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 9 | 2A960A6B8F66D6BB2EFFB0E3BE931CF9C97881E0 | 02/11/2018 17:12:02 | Tushy | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 10 | 2EBCD308C7F1141323F532284E71730A94CBF5FE | 09/22/2018 01:32:53 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 11 | 2F211F18E60D52167B5401A2BDC3A34B797B4103 | 06/07/2018 03:34:15 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 12 | 2F4DC8073692006A3CDC8B5839CBA234C8CED89B | 03/17/2019 02:20:01 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 13 | 3FF22A421980221B4715D8B9CAB464DBAEA46212 | 05/11/2019 03:16:44 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 14 | 4C3623546583430C21484E5FB18F3BF8C2E91CCA | 11/22/2018 23:50:32 | Tushy | 11/17/2018 | 12/10/2018 | PA0002145827 |
| 15 | 53DD9DA9E0B24B4961098D0683C348309445E260 | 12/26/2018 16:52:22 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 16 | 5527B59E82F936FAFB68C6E1A30C53CDE6FDD4D4 | 01/06/2019 16:52:56 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 17 | 5E871D1CBAD2A537E0A21724A348E71E8776B0B2 | 09/07/2018 03:59:13 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 66292F7187B4222B2E541ECA50891A76BD94C834 | 09/24/2018 03:38:40 | Blacked | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 19 | 6CA0412F00E59D795DC36C34E223AAE9998B767C | 05/16/2019 07:04:16 | Tushy | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 20 | 6F7F2747E89912D8C18566274565E417A1960FB7 | 07/16/2018 03:05:45 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 21 | 7C048C4002DA410E090A7C4D7B9AFB644589C4ED | 11/13/2018 07:56:31 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 22 | 7F82B5FE34ED565A2E71131B6DD7AC8E219F3ECA | 09/12/2018 09:06:11 | Blacked | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 23 | 823A7162BA082516F12631D88A05996DB8DA64A9 | 08/18/2018 18:25:35 | Blacked | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 24 | 8F657D91526524283CB2E7083F4B7E879F3AF880 | 09/24/2018 04:02:01 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 25 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | 02/10/2018 20:21:18 | Blacked | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 26 | 934D3E6AC18AA5E695F67FE8F3E36E57940B8ADD | 01/19/2019 19:42:24 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 27 | 9656E3F188CC3471B816D2B3310F838EC63BC2D3 | 03/05/2019 02:51:27 | Vixen | 10/16/2017 | 10/19/2017 | PA0002090451 |
| 28 | 9A0B4B599E34B148174405F0D2DB2EBD52BB1D86 | 11/13/2018 05:39:51 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 29 | 9C824A2D4EB747339F1B9E2E83479104BE703703 | 12/24/2018 15:53:20 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 30 | 9DAD376DBC4A7D3F191165C957EE98D96C20C32A | 11/03/2018 20:08:25 | Tushy | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 31 | A04DA9DB005CCBC773FB24B593A8E617ECFBF5EF | 11/24/2018 02:31:14 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 32 | A42D1662734338A45A64640234CF5D1E14FC7566 | 07/16/2018 15:19:26 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 33 | B5C7A67DC70498132C39BBF7E09962DFAC647C5B | 02/05/2018 04:42:10 | Blacked | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 34 | C63512EA2B5D6B4E62E0F43814D1676D789E1741 | 10/10/2018 14:27:25 | Blacked Raw | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 35 | D5DDC10163223248FB725AC7532A3740E9E78571 | 09/01/2018 00:07:43 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 36 | E0928A2FA1BD97DDF78F32C0C50699FC62269A25 | 11/13/2018 00:12:24 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39 | 05/16/2019 08:08:23 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 38 | F096E038B40D9A278744F70E8F7C332EC991A07C | 05/28/2018 13:58:50 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |